AFFIDAVIT OF SERVICE

P28477088

JUSTIN BAHORICH
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID ALLEN

PLAINTIFF

- vs -

SANDHOO'S, INC., ET AL

DEFENDANT

index No. 4:26CV03233MWB
Date Filed
File No.
Court Date:
AFFIDAVIT OF SERVICE

STATE OF Pennsylvania, COUNTY OF Union :SS:

Rachael Ober, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of PA.

On November 4, 2026 at 5:10 PM,

at 165 LAMONT DRIVE COGAN STATION, PA 17728

deponent served the within SUMMONS, COMPLAINT, CIVIL COVER SHEET on: JASPREET SANDHOO, the **DEFENDANT** therein named.

X #1 INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

____#2 CORPORATION — By delivering a true copy of each personally to Jaspreet Sandhoo,

Deponent knew the person to be serve to be the (title) ____________ who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT.**

____#3 SUITABLE AGE PERSON — By delivering a true copy of each to ____________ a person of suitable age and discretion.
Said premises is **DEFENDANT's:** [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

____#4 AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the ________ day of ________ at ________
on the ________ day of ________ at ________
on the ________ day of ________ at ________
on the ________ day of ________ at ________

Address confirmed by

____#5 MAIL COPY — ~~On ________ I deposited in the United States mail a true~~ copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

X #6 DESCRIPTION (USE WITH #1, 2 OR 3) — Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Sex: Female Color: Middle Eastern Hair: Gray/black - Cover over head
Age: 50 Height: 5'8 Weight: 165
OTHER IDENTIFYING FEATURES: ____________

____#7 WITNESS FEES — The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $________

____#8 MILITARY SRVC — Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of ________ and was informed that **DEFENDANT** was not.

____#9 OTHER

Sworn to before me this 5th day of November, 2026

Commonwealth of Pennsylvania - Notary Seal
MELISSA MARIE ERMERT - Notary Public
Union County
My Commission Expires January 29, 2030
Commission Number 1466588

Melissa Marie Ermert 11/5/26
NOTARY NAME & DATE

Rachael Ober

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL3981-28477088